JPML FORM 1A

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 370 -- IN RE THE FIRESTONE TIRE AND RUBBER COMPANY STEEL BELTED RADIAL TIRE PRODUCT LIABILITY LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 11/13/78 | 1 | MOTION, BRIEF, SCHEDULE OF CASES AND CERT. OF SVC. -- The Firestone Tire & Rubber Co. SUGGESTED TRANSFEREE DISTRICT: Southern District of New York (or N.D.N.Y.) SUGGESTED TRANSFEREE JUDGE: (ea) |
| 11/22/78 | | APPEARANCES -- Robert S. Schachter, Esq. for Richard L. Feinstein, et al., Andrew Weinstock, et al., Richard Feinstein, et al. (A-4) and Herbert Ruderman, et al.; Gene Mesh, Esq. for Mary Jacks, et al.; Richard D. Greenfield, Esq. for James M. Richardson; and William W. Stern, Esq. for Judy R. Stern, et al. (ea) |
| 11/22/78 | | APPEARANCE -- Robert M. Brown, Esq. for Diane Perry, et al. (ea) |
| 11/27/78 | | APPEARANCES -- Robert R. Stone, Esq. for Cynthia M. Farris; Ronald S. Daniels, Esq. for The Firestone Tire & Rubber Co.; Bruce B. Sousa, Esq. for Allan Eckman, et al.; David Jaroslawicz, Esq. for Irving Kanter. (ea) |
| 11/27/78 | | REQUESTS FOR EXTENSION OF TIME -- Mary Jacks, et al; Douglas Allshouse, et al., and all other parties involved GRANTED to and including December 13, 1978 (ea) |
| 11/27/78 | 2 | RESPONSE in opposition to motion -- Diane Perry and Judith Stern w/cert. of svc. (ea) |
| 11/28/78 | 3 | AFFIDAVIT of Jonathan M. Plasse w/cert. of svc. (ea) |
| 11/28/78 | | REQUEST FOR A ONE DAY EXTENSION -- Cynthia M. Farris, et al -- GRANTED. (ea) |
| 11/30/78 | 4 | RESPONSE -- J.M. Richardson and Irving Kanter w/cert. of svc. (ea) |
| 12/8/78 | | APPEARANCE -- Gary J. Near, Esq. for Judith Sterns, et al. (ea) |
| 12/8/78 | | HEARING ORDER -- setting A-1 thru A-13 for hearing to be held in Wash., D.C. on Jan., 19, 1979. (ea) |
| 12/13/78 | 5 | RESPONSE/BRIEF - Plaintiff Eckmann -- w/cert. of svc. (emh) |
| 12/13/78 | 6 | RESPONSE -- plaintiff Allshouse -- w/cert. of svc. (emh) |
| 12/13/78 | 7 | RESPONSE -- Plaintiff Cynthia M. Farris, et al. -- w/Affidavit and cert. of svc. (emh) |
| 12/13/78 | 8 | RESPONSE/MEMORANDUM -- Mary Jacks and Eileen Miller -- w/cert. of svc. (emh) |
| 12/20/78 | 9 | RESPONSE/MEMORANDUM -- Richard L. Feinstein, et al. -- w/complaint filed in N.Ohio, C.A.No. C78-1261A and w/cert of svc. (emh) |
| 12/21/78 | 10 | RESPONSE -- Firestone Tire & Rubber Co. -- w/Exhibit A and w/cert. of svc. (emh) |
| 12/26/78 | | LETTER -- Counsel for Richard L. Feinstein, et al. -- Correcting p.8 of Pleading No. 9 (emh) |
| 1/18/79 | 11 | REPLY -- Plaintiff Cynthia M. Farris, et al. -- w/Exhibit A through D and cert. of service (cds) |

JPML FORM 1A - Continuation                                DOCKET ENTRIES -- p. 2

DOCKET NO. 370 -- IN RE THE FIRESTONE TIRE AND RUBBER COMPANY STEEL BELTED RADIAL TIRE PRODUCT LIABILITY LITIGATION

| Date | Ref | Pleading Description |
|---|---|---|
| 1/19/79 | | HEARING APPEARANCES -- <br> Ronald S. Daniels for Firestone Tire & Rubber Co. <br> Robert S. Schachter for Richard L. Feinstein, et al. <br> Gene Mesh for Mary Jacks, et al. <br> Jeremiah Hallisey for Douglas Allshouse <br> Ernest M. Thayer for Diane Perry <br> Robert Ray Stone for Cynthia M. Farris, et al. (emh) |
| 1/23/79 | | ORDER -- Denying Transfer Under 28 U.S.C. §1407 -- Notified involved judges, clerks and counsel (cds) |
| 1/23/79 | 12 | RESPONSE -- Interested Party Plaintiff M.D. Miller (Action not included in hearing) (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 370 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE THE FIRESTONE TIRE & RUBBER COMPANY STEEL BELTED RADIAL TIRE PRODUCT LIABILITY LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 1/19/79 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 1/23/79 | MO | Unpublished | | | |

Special Transferee Information

DATE CLOSED: 1/23/79

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 370 -- IN RE THE FIRESTONE TIRE & RUBBER COMPANY STEEL BELTED RADIAL TIRE PRODUCT LIABILITY LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Richard L. Feinstein, et al. v. Firestone Tire & Rubber Company | S.D.N.Y. Haight | 78 Civ 4342 | | | | |
| A-2 | Irving Kanter, et al. v. The Firestone Tire & Rubber Company | S.D.N.Y. Goettel | 78 Civ 4301 | | | | |
| A-3 | Andrew Weinstock, et al. v. The Firestone Tire & Rubber Company | E.D.N.Y. | 78C 2217 | | | | |
| A-4 | Richard Feinstein, et al. v. The Firestone Tire & Rubber Company | E.D.N.Y. Bramwell | 78C 1986 | | | | |
| A-5 | Herbert Ruderman, et al. v. The Firestone Tire & Rubber Company | E.D.N.Y. | 78C 2387 | | | | |
| A-6 | Douglas Allshouse, et al. v. The Firestone Tire & Rubber Company | N.D.Cal Burke | C78-2347-LHB | | | | |
| A-7 | Allan Eckman, et al. v. The Firestone Tire & Rubber Company | N.D.Cal Burke | C78-2379-LHB | | | | |
| A-8 | Cynthia M. Farris, et al. v. The Firestone Tire & Rubber Company | E.D. Va. Bryan | 78-711-A | | | | |
| A-9 | Mary Jacks, et al. v. The Firestone Tire & Rubber Company | N.D. Ohio | 78 C 1261A | | | | |
| A-10 | J. M. Richardson, et al. v. The Firestone Tire & Rubber Company | E.D. Pa. | 78-3006 | | | | |
| A-11 | Judith Stern, et al. v. The Firestone Tire & Rubber Company | N.D.Cal. | C78-2491-LHB | | | | |
| A-12 | Judy Stern, et al. v. The Firestone Tire & Rubber Company | E.D.Mich. | 872074 | | | | |
| A-13 | Diane Perry, et al. v. The Firestone Tire & Rubber Company, et al. | N.D.Cal Williams | C78-2380-SW | | | | |

DOCKET NO. 370 -- IN RE THE FIRESTONE TIRE & RUBBER CO. STEEL BELTED RADIAL TIRE PRODUCT LIABILITY LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| | ACTIONS NOT BEFORE THE PANEL AT TIME OF HEARING | | | | | | |
| | Raul McClean v. Firestone Tire & Rubber Co. | S.D.N.Y. Stewart | 78 Civ 6256 | | | | |
| | Gaylord Petreson v. Firestone Tire & Rubber Co. | E.D.Mich | 78-73133 | | | | |
| | Teresa Lea Colucci v. Goodyear Tire and Rubber Co. | Nev. | 79-16 | | | | |
| | Robert Reed, Jr. v. The Firestone Tire & Rubber Co., et al. | E.D.Mich | 79-70188 | | | | |
| | Melissa E. DeBenedetto, etc. v. The Goodyear Tire & Rubber Co. | D.S.C. | 78-1449 | | | | |
| | M.D. Miller, etc. v. The Firestone Tire & Rubber Co. | Arizona | Civ 78-965 | | | | |
| | Raymond Gayle Longwith v. The Firestone Tire and Rubber Company | Okla,W. | 78-763 | | | | |
| | Kenneth Moore v. The Firestone Tire & Rubber Company of Akron | N.D.Tex. | 78-783 | | | | |
| | John L. Martin v. Firestone Tire & Rubber Co., et al. | N.D.Tex | 78-85 | | | | |
| | Alberta Kaleta v. Firestone (state court action) | | | | | | |

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| | Goff v. Firestone Tire & Rubber Co. | Okla.,W. | 79-77T | | | | |
| | Williams v. Firestone Tire & Rubber | Okla.,W. | 79-19 | | | | |
| | Davis v. Firestone Tire & Rubber | Ky.,W. | 78-106 | | | | |
| | Lee Way Mtr Freight V. Firestone Tire & Rubber Co. | Okla.,W. | 79-71 | | | | |
| | Clifton Randall Brumfield v. Firestone Tire & Rubber Co. | Miss.,S. | 79-15 | | | | |
| | Wallace Weir v. The Firestone Tire & Rubber Co. | M.D.Fla. | 79-154 | | | | |
| | Concalves v. The Firestone Tire & Rubber Co. | M.D Fla. | 79-139 | | | | |
| | Simoes v. The Firestone Tire & Rubber Co. | M.D. Fla. | 79-40 | | | | |
| | Fowler v. Firestone Tire & Rubber Co. | N.D.Miss | 79-16 | | | | |
| | Bergendahl v. The Firestone Tire & Rubber Co. | W,D.Tex | 79-11 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 370 -- IN RE THE FIRESTONE TIRE & RUBBER COMPANY STEEL BELTED RADIAL TIRE PRODUCT LIABILITY LITIGATION

---

RICHARD L. FEINSTEIN, ET AL. (A-1)
ANDREW WEINSTOCK, ET AL. (A-3)
RICHARD FEINSTEIN, ET AL. (A-4)
HERBERT RUDERMAN, ET AL. (A-5)
Robert S. Schachter, Esq.
Kass, Goodkind, Wechsler & Gerstein
122 East 42nd Street
New York, New York  10017

IRVING KANTER, ET AL. (A-2)
David Jaroslawicz, Esq.
Greenfield & Schoen, P.C.
2 Lafayette Street
New York, New York  10007

DOUGLAS ALLSHOUSE, ET AL. (A-6)
Gary R. Reiss, Esq.
O'Brien & Hallisey
One California Street
Suite 2245
San Francisco, Calif.  94111

ALLAN ECKMAN, ET AL. (A-7)
Bruce B. Sousa, Esq.
Boccardo, Blum, Lull, Niland & Bell
Community Bank Building
111 West St. John Street
San Jose, California  95113

CYNTHIA M. FARRIS, ET AL. (A-8)
Robert Ray Stone, Esq.
20007 North 15th Street
Post Office Box 535
Arlington, Virginia  22216

MARY JACKS, ET AL. (A-9)
Gene Mesh, Esq.
2005 Central Trust Tower
Cincinnati, Ohio  45202

JAMES M. RICHARDSON, ET AL. (A-10)
Richard D. Greenfield, Esq.
Greenfield & Schoen, P.C.
110 Montgomery Avenue
Bala Cynwyd, Penn.  19004

JUDITH STERN, ET AL. (A-11)
Gary J. Near, Esq.
476 Jackson Street
San Francisco, Calif.  94111

JUDY STERN, ET AL. (A-12)
William S. Stern, Esq.
Kozlow, Woll, Crowley & Berman, P.C.
26555 Evergreen
1320 Travelers Tower
Southfield, Michigan  48075

DIANE PERRY, ET AL. (A-13)
Robert M. Brown, Esq.
One Maritime Plaza
Suite 1220
San Francisco, Calif.  94111

THE FIRESTONE TIRE & RUBBER CO.
Ronald S. Daniels, Esq.
Townley & Updike
220 East 42nd Street
New York, New York  10017