JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JAN 23 1979

1/23/79

DOCKET NO. 370

PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE FIRESTONE TIRE AND RUBBER CO. STEEL BELTED RADIAL TIRE LITIGATION

ORDER

The Panel having ruled from the bench at the hearing on this matter that the motion by defendant Firestone Tire and Rubber Co. for transfer pursuant to 28 U.S.C. §1407 of the actions listed on the attached Schedule A to a single district for coordinated or consolidated pretrial proceedings be denied pending resolution of issues of federal jurisdiction in these actions in order that movant will be able to make a showing to the Panel of the actions in which federal jurisdiction properly is present,

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 of the actions listed on the attached Schedule A be, and the same hereby is, DENIED without prejudice to the right of any party to again move for transfer under Section 1407 after the issues of federal jurisdiction have been resolved in these actions.

FOR THE PANEL:

Murray I. Gurfein
Chairman

DOCKET NO. 370
SCHEDULE A

| NORTHERN DISTRICT OF CALIFORNIA | Civil Action No. |
|---|---|
| Douglas Allshouse, et al. v. The Firestone Tire & Rubber Co. | C78-2347-LHB |
| Allan Eckmann, et al. v. The Firestone Tire & Rubber Co. | C78-2379-LHB |
| Judith Stern, et al. v. The Firestone Tire & Rubber Co. | C78-2491-LHB |
| Diane Perry, et al. v. The Firestone Tire & Rubber Co. | C78-2380-SW |

EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Judy Stern, et al. v. The Firestone Tire & Rubber Co. | 872074 |

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Andrew Weinsteck, et al. v. The Firestone Tire & Rubber Co. | 78C-2217 |
| Richard Feinstein, et al. v. The Firestone Tire & Rubber Co. | 78C-1986 |
| Herbert Ruderman, et al. v. The Firestone Tire & Rubber Co. | 78C-2387 |

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Richard L. Feinstein, et al. v. The Firestone Tire & Rubber Co. | 78-CIV-4342 |
| Irving Kanter, et al. v. The Firestone Tire & Rubber Co. | 78-CIV-4301 |

NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Mary Jacks, et al. v. The Firestone Tire & Rubber Co. | 78-C-1261A |

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J. M. Richardson, et al. v. The Firestone Tire & Rubber Co. | 78-3006 |

EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Cynthia M. Farris, et al. v. The Firestone Tire & Rubber Co. | 78-711-A |